UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNBELT RENTALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THREE BROTHERS ELECTRICAL CONTRACTORS, INC., et al., <br><br> Defendants. | Case No.: 1:21-cv-1357 JLT SKO <br><br> ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DENYING THE AMENDED MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE <br><br> (Docs. 26, 29) |

Plaintiff Sunbelt Rentals, Inc. ("Plaintiff") seeks to hold Defendants Three Brothers Electrical Contractors, Inc. ("Three Brothers") and Alex Jones ("Jones") liable for failure to pay amounts due for the rental of its equipment. (*See* Doc. 1.) After the Court entered default against Three Brothers, Plaintiff filed a motion for default judgment against the company alone. (Doc. 14.) The assigned magistrate judge recommended the motion be denied without prejudice (Doc. 19), which the Court adopted in full on February 2, 2022 (Doc. 21).

After moving for judgment on the pleadings against Jones (Doc. 22)[1], Plaintiff filed an amended motion for default judgment against Three Brothers on June 15, 2022. (Doc. 26.) On July 14, 2022, the assigned magistrate judge recommended the amended motion be denied without prejudice for the same

---

[1] Plaintiff's motion for judgment on the pleadings against Jones remains pending.

1

reasons set forth in its prior findings and recommendations, namely, because Jones appeared to defend in the action and default judgment against the company could result in inconsistent determinations. (Doc. 29.)

The parties were granted fourteen days from the date of service to file any objections to the recommendation of the magistrate judge. (Doc. 29 at 2–3.) In addition, the parties were "advised that failure to file objections within the specified time may waive the right to appeal the district judge's order." (*Id*. at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)). Thus, any objections were due no later than July 28, 2022. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the findings and recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations filed July 14, 2022 (Doc. 29) are **ADOPTED IN FULL**; and
2. Plaintiff's amended motion for default judgment (Doc. 26) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:   **August 10, 2022**

UNITED STATES DISTRICT JUDGE

2