# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNBELT RENTALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THREE BROTHERS ELECTRICAL CONTRACTORS, INC., and ALEX JONES, <br><br> Defendants. | Case No.: 1:21-cv-01357 JLT SKO <br><br> ORDER GRANTING PLAINTIFF DAMAGES <br><br> (Docs. 40, 42) |

On March 20, 2023, the Court granted Sunbelt Rentals Inc.'s motion for judgment on the pleadings (Doc. 22) and granted in part and denied in part Sunbelt's motion for default judgment (Doc. 39). (Doc. 40.) Pursuant to the Court's order, Sunbelt submitted a proposed order for damages on March 30, 2023. (Doc. 42.) Accordingly, Plaintiff Sunbelt Rentals Inc. is awarded damages as follows:

1. Unpaid principal in the amount of $80,711.99;
2. Accrued service charges in the amount of $34,629.94; and
3. Prejudgment interest in the amount of $14,039.85.

Sunbelt is awarded, in total, **$129,381.78**.

IT IS SO ORDERED.

Dated: __April 7, 2023__

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28